UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

LAJZER GRYNSZTAJN,

                Plaintiff,

                                          **Affirmation of Service**

                                          Civ. No. 07 CV 6285

    -against-

THE CITY OF NEW YORK,
DETECTIVE MICHAEL WILLIAMS Shield # 06409,
SECURITY OFFICER WILSON VEGA,
HWA INC.,

                Defendants.
_____X

      Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I delivered one true copy of the Summons and Complaint upon the defendant The City of New York, via its agent:

    Gary Jean Gilles, Docketing Clerk #5
    Corporation Counsel for the City of New York
    100 Church Street, 4th Floor
    New York, New York 10007

    I delivered the above documents on July 9, 2007 at 3:00 p.m.

Dated:  **Brooklyn, NY**
          **July 9, 2007**

                                                          *Nicquan Bannister*
                                                        Nicquan Bannister