08/03/2007  14:57    7186043874                                    PAGE  01

Received:                                    Aug  3 2007 02:56pm
DAVID A ZELMAN
Fax:                                         Aug  3 2007 02:54am  P002/002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LAIZER GRYNSZTAJN,

                                        Plaintiff,

            -against-

THE CITY OF NEW YORK, DETECTIVE MICHAEL
WILLIAMS Shield #06409, SECURITY OFFICER
WILSON VEGA, HWA INC.,

                                        Defendants.

------------------------------------------------------------X

**STIPULATION OF
ENLARGEMENT OF TIME
FOR DEFENDANT CITY
OF NEW YORK TO
ANSWER OR OTHERWISE
RESPOND TO THE
COMPLAINT**

07 CV 6285 (MGC)

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

that defendant City of New York's[1] time to answer or otherwise respond to the complaint be enlarged

from July 31, 2007 to October 1, 2007.

Dated: New York, New York
        August 2, 2007


David A. Zelman, Esq.
612 Eastern Parkway
Brooklyn, New York 11225


By: _____
        David A. Zelman, Esq. (DZ 8578)
        Attorney for Plaintiff


SO ORDERED:

5/

_____
        U.S.D.J. Cedarbaum
August 7, 2007

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
        Attorney for Defendant City
100 Church Street
New York, New York 10007


By: _____
        Joyce Campbell Priveterre (JCP 1846)
        Assistant Corporation Counsel


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07

[1] Upon information and belief, the individual identified in the caption as "Detective Michael Williams Shield #06409" has not been served with a copy of the summons and complaint. To date, defendant Visconti has not requested representation and the docket sheet does not indicate that he has been served. Without appearing on his behalf or waiving any defenses, it is respectfully requested that the same enlargement be granted to defendant Visconti to ensure that his defenses are not jeopardized while representation issues are pending.