zelman

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

Index # 07 CV 6285                                                    Purchased/Filed: July 9, 2007
State of New York, U. S. District Court - Southern District of N.Y.   County of


ID # 537048

LAJZER GRYNSZTAIN,                                    Plaintiff

against

THE CITY OF NEW YORK, et. al.,                        Defendant

STATE OF NEW YORK, COUNTY OF WARREN, SS.:

_____Sarah Roberts_____, being duly sworn, deposes and says: deponent is over the age of twenty-one (21) years; deponent is not a party herein; that on ____July 31, 2007____, at ___1:24PM___, at the office of the Secretary of State of the State of New York, at 41 State Street - 2nd Floor, Albany, New York 12207, deponent served the annexed:

_____Summons in a Civil Case_____

_____, on

_____HWA, INC._____

Defendant in this action, by delivering to and leaving with ___Carol Vogt___ AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; that said service was made pursuant to Section _306 Business Corporation Law_ , ☐; and via Registered Mail sent on _____, receipt attached.

The Index No. and the date the action was filed were clearly marked and visible to the defendant.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __45__ Approx. Weight: __110__ Approx. Ht.: __5'4"__
Sex: __f__ Color of skin: __White__ Color of hair: __Brown__ Other: _____

Sworn to before me on this __31st__ day of __July 2007__

_Linda J. Fuller_
Notary Public State of New York
No. 01FU6137505
Qualified in Warren County
My Comm. Exp. Nov. 28 20__

Sarah Roberts

Cust. #/ WO # __523720__

**ELITE PROCESS SERVERS - 88-08 LITTLE NECK PARKWAY, FLORAL PARK, NEW YORK 11001**