LSK&D #: 104-7705 / 918600
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LAJZER GRYNSZTAJN

                                 Plaintiff,

               -against-

THE CITY OF NEW YORK, DETECTIVE
MICHAEL WILLIAMS shield #06409,
SECURITY OFFICER WILSON VEGA, HWA
INC.,

                              Defendants.

-------------------------------------------------------------------X

**Docket No.:  07 CV 6285**


**RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, **WILSON VEGA and HWA INC.** identify the

following publicly-held parent corporations and publicly-held corporations that own ten

percent or more of stock:

                                **NONE**

Dated:      New York, New York
            September 10, 2007

                          Respectfully submitted,

                          LESTER SCHWAB KATZ & DWYER, LLP

                          _____
                          Robert N. Dunn (RND-9193)
                          Attorneys for Defendants
                          WILSON VEGA and HWA INC.
                          120 Broadway
                          New York, New York  10271
                          (212)  964-6611

TO:

DAVID A. ZELMAN, ESQ.
612 Eastern Parkway
Brooklyn, New York  11225
Attorneys for Plaintiff

THE CITY OF NEW YORK
100 Church Street
New York, New York  10007

DETECTIVE MICHAEL WILLIAMS
New York Police Department
One Police Plaza
New York, New York  10038

<u>Declaration of Service</u>

I served the annexed **RULE 7.1 STATEMENT** by first-class mail on the following persons on September 12, 2007:

DAVID A. ZELMAN, ESQ.
612 Eastern Parkway
Brooklyn, New York  11225
Attorneys for Plaintiff

THE CITY OF NEW YORK
100 Church Street
New York, New York  10007

DETECTIVE MICHAEL WILLIAMS
New York Police Department
One Police Plaza
New York, New York  10038

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 12, 2007.

CINDY M. BENENATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LAJZER GRYNSZTAJN                                **Docket No.:  07 CV 6285**

                                        Plaintiff,

       -against-

THE CITY OF NEW YORK, DETECTIVE
MICHAEL WILLIAMS shield #06409,
SECURITY OFFICER WILSON VEGA, HWA
INC.,

                                        Defendants.
-------------------------------------------------------------------X

## RULE 7.1 STATEMENT

### LESTER SCHWAB KATZ & DWYER, LLP

ATTORNEYS FOR      **Defendants**
                   **WILSON VEGA AND HWA INC.**

120 BROADWAY
NEW YORK, N.Y. 10271-0071
(212) 964-6611
FAX:  (212) 267-5916