UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

**MEMO ENDORSED**

LAJZER GRYNSZTAJN,

           Plaintiff,

           -against-

THE CITY OF NEW YORK, DETECTIVE MICHAEL
WILLIAMS Shield # 06409, SECURITY OFFICER
WILSON VEGA, HWA INC.,

           Defendants.
---------------------------------------------------------------X

JUDGE CEDARBAUM

**Notice of Motion**

Case No.: 07CV6285

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

PLEASE TAKE NOTICE, that the within Plaintiff LAJZER GRYNSZTAJN, hereby moves this Court to strike the Answer of Defendant City of New York and officer defendants and/or preclude defendant from offering testimony or documents at trial, and for such other and further relief as this Court may deem just and proper.

DATED:    Brooklyn, New York
               June 3, 2008

                                            Respectfully Submitted:

                                            **LAW OFFICE OF DAVID A. ZELMAN**

                                            **David A. Zelman, Esq.**
                                            612 Eastern Parkway
                                            Brooklyn, New York 11225
                                            (718) 604-3072

Via fax 212 788 9776
Joyce Campbell Priveterre, ESQ.
Assistant Corporation Counsel

*Motion withdrawn.*
*So Ordered.* S/
*June 5, 2008*        United States District Judge