UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LAJZER GRYNSZTAJN,

                  Plaintiff,

                  **STIPULATION OF** Partial
                  **DISCONTINUANCE**
                  Index No: 07 CV 6285 (MGC)

-against-

THE CITY OF NEW YORK,
DETECTIVE MICHAEL WILLIAMS Shield # 06409,
SECURITY OFFICER WILSON VEGA,
HWA INC.,

                  Defendants.

---

      IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the attorneys for the plaintiff LAJZER GRYNSZTAJN, in the above captioned action and the attorney for defendant, SECURITY OFFICER WILSON VEGA, HWA INC, is discontinued with prejudice, without cost to any party as against another. Case settled in the amount for $2,500.00

      This Stipulation may be filed with the Court without further notice.

Dated: Brooklyn, NY
       June 30, 2008

_____          _____
Law Offices of David Zelman          Robert Dunn, Esq.
**By: David A. Zelman, Esq.**         LESTER SCHWAB KATZ and DWYER, LLP
Attorneys for Plaintiff               Attorney for Defendant, Security Officer Wilson
                                             Vega and HWA INC.
612 Eastern Parkway               120 Broadway
Brooklyn, NY 10007-3001          New York, New York 10271-0071
718-604-3072                        (212) 964-6611

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/9/08*

July 9, 2008