UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

LAJZER GRYNSZTAJN,

                                    Plaintiff,       **NOTICE OF APPEARANCE**

        -against-

THE CITY OF NEW YORK, DETECTIVE MICHAEL       07 CV 6285 (MGC)(GWG)
WILLIAMS Shield # 06409, SECURITY OFFICER
WILSON VEGA, HWA INC.,

                                  Defendants.

------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that **Johana Castro**, Assistant Corporation Counsel, should be added as co-counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York and Detective Williams, effective July 16, 2008.

Dated: New York, New York
       July 16, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                              of the City of New York
                                              Attorney for Defendants City of New York
                                              & Detective Williams
                                              100 Church Street, Rm. 3-189
                                              New York, New York 10007
                                              (212) 788-0976

                                              By: _____
                                              Johana Castro (JC 1809)
                                              Assistant Corporation Counsel
                                              Special Federal Litigation Division

To:    BY ECF
        David Zelman, Esq.