UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LAJZER GRYNSZTAJN,

                                                          Plaintiff,      **NOTICE OF APPEARANCE**

-against-

THE CITY OF NEW YORK, DETECTIVE MICHAEL      07 CV 6285 (MGC)(GWG)
WILLIAMS Shield # 06409, SECURITY OFFICER
WILSON VEGA, HWA INC.,

                                                       Defendants.

------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that **Douglas W. Heim**, Assistant Corporation Counsel, should be added as co-counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York and Detective Williams, effective July 16, 2008.

Dated:  New York, New York
           July 16, 2008

                                                MICHAEL A. CARDOZO
                                                Corporation Counsel
                                                of the City of New York
                                                Attorney for Defendants City of New York
                                                & Detective Williams
                                                100 Church Street, Rm. 3-213
                                                New York, New York 10007
                                                (212) 788-1298

                                                By:   /s/ Douglas W. Heim
                                                       Douglas W. Heim (DH 5238)
                                                       Assistant Corporation Counsel
                                                       Special Federal Litigation Division

To:    BY ECF
        David Zelman, Esq.